HARRY GILBERT, Appellant, *v.* WILLIAM J. VAN KLEECK, as Administrator of the Estate of SAMUEL J. VAN KLEECK, Deceased, and as Administrator with the Will Annexed of JOHN D. VAN KLEECK, Deceased, et al., Defendants, and CROSBY-MERTZ, INC., Intervenor-Respondent.

Submitted June 8, 1955; decided June 10, 1955.

*John E. Egan* for motion.
*Samuel W. Eager, Jr.,* opposed.

Motion denied, with $10 costs.